# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1008**
**CA 12-00276**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

LARRY SHOWERS, PLAINTIFF-RESPONDENT,

V                                                                                    ORDER

THE DELANEY GROUP, INC., DEFENDANT-APPELLANT.

---

HODGSON RUSS LLP, BUFFALO (KYLE C. REEB OF COUNSEL), FOR DEFENDANT-APPELLANT.

ROBERT E. LAHM, PLLC, SYRACUSE (ROBERT E. LAHM OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered August 23, 2011 in a personal injury action. The order, insofar as appealed from, denied that part of defendant's motion seeking summary judgment dismissing plaintiff's Labor Law § 200 and negligence causes of action.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on July 20 and 23, 2012,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  September 28, 2012                          Frances E. Cafarell
                                                     Clerk of the Court